IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LAMONTE F. WILLIAMS, | : | |
| Plaintiff, | : | No. 20-cv-3202-JMY |
| | : | |
| v. | : | |
| | : | |
| PIEDMONT AIRLINES, et al., | : | |
| Defendants. | : | |

**ORDER**

AND NOW, this 8th day of April, 2022, upon consideration of the Motion to Dismiss the Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) filed by Glenda Rivera and Glaudia Sales, all papers filed in support thereof and in opposition thereto, and for the reasons set forth in the accompanying memorandum of law, it is hereby ORDERED that said motion is GRANTED and all claims asserted in the Complaint are dismissed against all named Defendants in this matter.

It is further ORDERED that claims against Piedmont Airlines, the Communication Workers of America (CWA) Local 13301, Pam Tronser, Gwen Ivey and Jose Rivera are DISMISSED without prejudice for failure to prosecute.

The Clerk of Court is DIRECTED to CLOSE this action for administrative purposes.

BY THE COURT:

  /s/ John Milton Younge
Judge John Milton Younge